| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cooper, Clarence | U.S. District Court, Northern District of Georgia | 01/28/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2013<br>to<br>12/31/2013 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

Richard B. Russell Federal Building and United States Courthouse
75 Spring Street, SW
Suite 1701
Atlanta, Georgia 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Clarence | 01/28/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Fulton County Pension Board/Pension Income | $29,394.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Teacher Retirement System of Georgia/Pension Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Clarence | 01/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo Money Market Savings | A | Interest | M | T | | | | | |
| 2. Wells Fargo Retirement Account (Traditional IRA) | A | Int./Div. | L | T | | | | | |
| 3. - Hartford Mutual Fund | | | | | | | | | |
| 4. Wells Fargo Checking (Crown Account) | A | Int./Div. | J | T | | | | | |
| 5. Wells Fargo (American General Life Insurance Annuity) | B | Interest | M | T | | | | | |
| 6. Morgan Stanley Brokerage Account | | | | | | | | | |
| 7. - GE Stock (common)/Money Market Cash Account | A | Int./Div. | J | T | | | | | |
| 8. Capitol City Bank & Trust (CD) | A | Interest | K | T | | | | | |
| 9. Citizens Bancshares Corporation (Y) | | | | | | | | | |
| 10. MetLife Computershare MetLife Policyholder Trust (X) | A | Int./Div. | J | T | | | | | |
| 11. Morgan Stanley (Traditional IRA) (Money Market) (See Part VIII) | A | Int./Div. | K | T | | | | | |
| 12. Bank of America Account (See Part VIII) | A | Interest | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cooper, Clarence | 01/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The information in Block 2 has been amended to identify the Court more specifically.

Block 5a. now correctly identifies the "Report Type" as an "Annual" report, rather than an "Initial" report.

Block 5b. indicates that this is an "Amended Report."

In Part III A., the date has been changed from 2012 to 2013 to reflect the correct date that the filer's non-investment income was received. Additionally, the type of income is now specified as "Pension Income." Finally, the amount of the income has been changed from $27,707.00 to $29,394.00 to accurately reflect the non-investment income received during the applicable reporting period.

In Part III B., the date has been changed from 2012 to 2013 to reflect the correct date that the ▮▮▮▮ non-investment income was received. Additionally, the source of the income has been changed from "Fulton County Board of Education" to "Teacher Retirement System of Georgia" to identify the correct name of the source of the income. Finally, the type of income is now specified as "Pension Income."

In Part VII, the asset previously listed on line 1 as "Wells Fargo Bank" is now more specifically described as "Wells Fargo Bank Money Market Savings" to make the asset readily identifiable to the reader. Additionally, the type of income has been changed from "Int./Div." to "Interest" to report the type of income accurately. Finally, the gross value of this asset has been modified to reflect the gross value as of the end of the applicable reporting period.

In Part VII, the asset previously listed on line 2 as "Wells Fargo Retirement Acct" is now more specifically described as "Wells Fargo Retirement Account (Traditional IRA)" to make the asset readily identifiable to the reader. Additionally, the gross value of this asset has been modified to accurately reflect the gross value as of the end of the applicable reporting period. Line 3 specifies that this traditional IRA is invested in the Hartford Mutual Fund.

In Part VII, the asset previously listed on line 3 as "Wells Fargo Checking" is now listed on line 4 and more specifically described as "Well Fargo Checking Crown Account" to make the asset readily identifiable to the reader.

In Part VII, the asset previously listed on line 4 as "WElls Fargo Capital Investments" is now listed on line 5 and more specifically described as "Wells Fargo (American General Life Insurance Annuity)" to make the asset readily identifiable to the reader. Additionally, the type of income has been changed from "Int./Div." to "Interest" to report the type of income accurately for the applicable reporting period. Finally, the gross value of this asset has been modified to reflect the gross value as of the end of the applicable reporting period.

In Part VII, the asset previously listed on line 5 as "Morgan Stanley Smith Barney Brokerage" is now listed on line 6 and identified as "Morgan Stanley Brokerage Account." The reason for the change in the account name is believed to be a corporate reorganization that occurred in 2012.

In Part VII, the asset previously listed on line 6 as "Money Market Cash Account" has been combined with the asset previously listed on line 7 as "General Electric Stock," and they now appear together on line 7. The assets have been combined because the money market account is used to pay brokerage fees and to fund the investment in the General Electric Stock, which is now more specifically described as "GE Stock (common)" to indicate the type of holding. The filer and his spouse do not access the money market account or receive income from the money market account separate and apart from the income received from the investment in the GE Stock. Additionally, the type of income has been changed from "Distribution" to "Int./Div." to report the type of income accurately for the applicable reporting period.

In Part VII, the asset previously listed on line 8 as "Capital Bank & Trust" is now more specifically described on line 8 as "Capitol City Bank & Trust (CD)" to spell the bank's name correctly and to make the asset readily identifiable to the reader. Additionally, the type of income has been changed from "Int./Div." to "Interest" to report the type of income accurately for the applicable reporting period.

In Part VII, the asset previously listed on line 9 as "Citizen Bancschares Corporation" is now more specifically described on line 9 as "Citizens Bancshares Corporation Computershares (Y)" to correctly spell the name of the asset, to make the asset more readily identifiable to the reader, and to indicate that the asset does not meet the qualifying requirement for the applicable reporting period.

In Part VII, "MetLife Computershare MetLife Policyholder Trust" and the other information pertaining to the income and value have been added on line 10, as this asset and the associated information were inadvertently omitted from the report previously submitted for this reporting period. This asset became reportable on August 9, 2013.

In Part VII, "Morgan Stanley (Traditional IRA) (Money Market)" and the other information pertaining to the income and value have been added on line 11, as this asset and the associated information were inadvertently omitted from the report previously submitted for this reporting period and should have been disclosed along with the other Morgan Stanley accounts. This IRA is invested in a cash-equivalent account; accordingly, no further information is disclosed.

In Part VII, "Bank of America Account" and the other information pertaining to the income and value have been added on line 12, as this asset and the associated information were inadvertently omitted from the report previously submitted for this reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Clarence Cooper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544